IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-109-BO

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, )<br>　　　　Plaintiff, )<br>　)<br>v. )<br>　)<br>APPROVED FUNDING CORPORATION, )<br>　　　　Defendant. ) | O R D E R |

This matter is before the Court on the parties' joint motion to place the instant case on the Court's inactive docket. [DE 27].

The parties inform the Court that they settled following mediation. Per the settlement terms, defendant is to make periodic payments to plaintiff over the course of thirty-six (36) months or, alternatively, a lump sum payment by July 1, 2017. Upon payment of the full settlement amount, the parties will file a joint stipulation of dismissal with prejudice.

In light of the foregoing and for good cause shown, the Court hereby GRANTS the joint motion [DE 27] and REMOVES the instant case from its active docket. If there is no further action or update by the parties, the case will be dismissed with prejudice on October 31, 2019.

SO ORDERED, this 30 day of August, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE